**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LOWER SALFORD TOWNSHIP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 09-cv-5081 |
| INTERNATIONAL FIDELITY | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 27th day of April, 2010, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule Civil Procedure 12(b)(6) (Doc. No. 3) and responses thereto (Doc. No. 6, 7), for reasons set forth in the attached Memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED.

By the Court:


s/J. Curtis Joyner
J. Curtis Joyner, J.